256 So.2d 293

**STATE of Louisiana ex rel. Elbert JACKSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52054.

Jan. 17, 1972.

In re: Elbert Jackson, applying for writ of mandamus & habeas corpus.

Writ refused. Since the district judge has ordered an evidentiary hearing, it would serve no useful purpose to grant this application.